UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LESA MARIA MARTINO,

    Plaintiff,

v.                                                    Case No:  8:25-cv-00521-JLB-SPF

JUDGE CHRISTINE MARLEWSKI,

    Defendant.
_____/

## **ORDER**

      The Magistrate Judge has entered a Report and Recommendation (Doc. 5), recommending that Plaintiff's Motion to Proceed i*n Forma Pauperis* (Doc. 3) be denied and that this case be dismissed with prejudice because Defendant Judge Christine Marlewski is entitled to Eleventh Amendment and judicial immunity. No party has objected, and the time to do so has expired.

      A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

      Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

4. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** in Tampa, Florida, on December 11, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE